**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA SMITH, et. al., | CASE NO. 5:11-cv-05643 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Interim Case Management Conference Statement (see Docket Item No. 30), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the Interim Case Management Conference scheduled for October 26, 2012, is VACATED. The parties shall comply with the Case Management Order issued on July 6, 2012. See Docket Item No. 25.

**IT IS SO ORDERED.**

Dated: October 25, 2012

_____
EDWARD J. DAVILA
United States District Judge