IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA SMITH, et. al., | CASE NO. 5:11-cv-05643 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

Having reviewed the parties joint statement (see Docket Item No. 44), the court finds that a pretrial conference is premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for July 5, 2013, is CONTINUED to **December 6, 2013, at 11:00 a.m.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **November 26, 2013.**

**IT IS SO ORDERED.**

Dated: July 1, 2013

EDWARD J. DAVILA
United States District Judge