UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA SMITH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No.  5:11-cv-05643-EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

Because a written order addressing Defendants' Motion for Summary Judgment will be filed no later than August 1, 2016, the Status Conference scheduled for July 21, 2016, is VACATED.

The court schedules this action for a Trial Setting Conference at **11:00 a.m. on September 1, 2016.** The parties shall file a Joint Trial Setting Conference Statement on or before **August 22, 2016.**

**IT IS SO ORDERED.**

Dated: July 20, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-05643-EJD
ORDER VACATING STATUS CONFERENCE