UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.  5:11-cv-05643-EJD<br><br>**PRETRIAL ORDER (JURY)** |

The above-entitled action is scheduled for a Trial Setting Conference on September 15, 2016. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time.  Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that because Plaintiff has demanded a jury trial, and because there are disputed factual issues upon which a jury must find, the court will schedule this action for a jury trial.

IT IS FURTHER ORDERED that pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathanael M. Cousins for a settlement conference to occur no later than **December 11, 2016**. The parties are instructed to contact Judge Cousins' Courtroom Deputy to arrange a date and time for the conference.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| **EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | 11:00 a.m. February 23, 2017 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | February 9, 2017 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | February 13, 2017 |
| Jury Selection | 9:00 a.m. on March 14, 2017 |

Case No.: 5:11-cv-05643-EJD
PRETRIAL ORDER (JURY)

| Jury Trial[1] | March 14-15, 2017; March 17, 2017; March 21-22, 2017 |
|---|---|
| Jury Deliberations | March 23-24, 2017 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: September 12, 2016



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise.  On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified.  The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:11-cv-05643-EJD
PRETRIAL ORDER (JURY)